# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMEX TEXTILES, INC., a California Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>ANAMA, LLC. d/b/a M BY ANM, a California Limited Liability Company; GIL RONEN, an individual; ROSS STORES, INC., a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:18-cv-06442-AB-PLA<br><br>[PROPOSED] ORDER RE: STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)<br><br>Judge: Hon. André Birotte Jr. |

JS-6

The parties having so stipulated and agreed, the above-referenced case is hereby dismissed with prejudice and without an award of costs or fees to any party. Each party shall bear their own costs and attorney fees.

IT IS SO ORDERED.

Dated: July 23, 2019

_____
The Honorable André Birotte Jr.
United Stated District Court Judge